# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re:

DANIEL RIVEIRO, JR.
aka Daniel Riveiro Jr., P.A.,

    Debtor.
_____/

Case No. 8:16-bk-05174-CPM
Chapter 13

## BANK OF AMERICA, N.A.'S MOTION FOR ORDER CONFIRMING THAT THE AUTOMATIC STAY IS NOT IN EFFECT

Bank of America, N.A. ("Movant"), by and through its undersigned counsel, files this *Motion for Order Confirming that the Automatic Stay is Not in Effect*, and in support thereof states as follows:

1.    The court has jurisdiction over this matter pursuant to 11 U.S.C. § 362, 11 U.S.C. § 1301, Fed. R. Bankr. P. 4001, Local Rule 4001-1(c)(2)(B), and the various other provisions of the United States Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and the laws of the United States of America.

2.    DANIEL RIVEIRO, JR. ("Debtor"), filed a voluntary petition pursuant to Chapter 13 of the Bankruptcy Code on June 16, 2016.

3.    Movant holds a security interest in the Debtor's real property located at 3106 W San Carlos St, Tampa, FL 33629 (the "Property"), by virtue of a Mortgage which is recorded in the Public Records of Hillsborough County, Florida. Said Mortgage secures a Note in the amount of $460,000.00. True and correct copies of the Mortgage and Adjustable Rate Note are attached hereto as composite **Exhibit A**.

4.    Debtor entered into a Loan Modification Agreement with Movant, a true and correct copy of which is attached hereto as **Exhibit B.**

5.    The Mortgages gives Movant a lien on the Property, which is legally described as:

**THE WEST 2.50 FEET OF LOT 2 AND ALL OF LOT 3, BLOCK 21 BAYVIEW HOMES, ACCORDING TO THE MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 10, PAGE 8, PUBLIC RECORDS OF HILLSBROUGH COUNTY, FLORIDA.**

6. The Debtor's Chapter 13 Plan filed on July 14, 2016 provided that payments on Movant's claim regarding the Property would be paid by the Debtor directly to Movant.

7. The Court entered an Order Confirming Plan (Doc 44) on March 8, 2017 (the "Order"), which provides that the property is surrendered. See Affidavit as to Surrender attached hereto as **Exhibit C**.

8. Pursuant to the Order, *in rem* relief from the automatic stay was granted as to the Debtor and *in rem* and *in personam* relief was granted against any co-debtor.

9. Although Movant has *in rem* relief from the automatic stay as set forth in Paragraph 8 above, Movant seeks confirmation and clarification from the Court that this relief authorizes Movant to enforce its remedies to foreclose upon and obtain possession of the Property, including post-sale process and eviction proceedings, if necessary, in state court. Movant will neither seek nor obtain an *in personam* judgment against the Debtor.

**WHEREFORE**, Movant respectfully requests an Order confirming that the automatic stay is not in effect, that Movant (and any successors and/or assigns) may proceed under applicable non-bankruptcy law to enforce its remedies to foreclose upon and obtain possession of the Property, including but not limited to commencing and/or prosecuting a mortgage foreclosure action, post-sale process, and eviction proceedings, if necessary, in state court, and for such other and further relief as the Court may deem just and proper.

**MARINOSCI LAW GROUP, P.C.**
Attorney for Movant
100 West Cypress Creek Road, Suite 1045
Ft. Lauderdale, FL 33309
Phone: (954) 644-8704 Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic J. DiSpigna
**FREDERIC J. DISPIGNA, ESQ.**
Florida Bar No. 345539

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy hereof has been served electronically or via U.S. mail, first class postage prepaid, to the parties listed below on January 26, 2018.

**Daniel Riveiro, Jr.**
3106 W. San Carlos Street
Tampa, FL 33629

**Kelley M Petry, Esq.**
P.O. Box 7866
Tampa, FL 33673-7866

**Jon Waage, Trustee**
P.O. Box 25001
Bradenton, FL 34206-5001

**Sarah Olsen, Esq.**
Jon M Waage, Chapter 13 Standing Trustee
PO Box 25001
Bradenton, FL 34206-5001

**United States Trustee - TPA7/13, 7**
Timberlake Annex, Suite 1200
501 E Polk Street
Tampa, FL 33602

**MARINOSCI LAW GROUP, P.C.**
Attorney for Movant
100 West Cypress Creek Road, Suite 1045
Ft. Lauderdale, FL 33309
Phone: (954) 644-8704
Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic J. DiSpigna
_____
**FREDERIC J. DISPIGNA, ESQ.**
Florida Bar No. 345539